# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY BARNES, )
  )
      Petitioner, )
  )
      v. )
  )
DISTRICT OF COLUMBIA AGENCIES, *et al.*, )
  )
      Respondents. )
  )

Civil Action No. 05-1456 (RCL)

# FILED

SEP 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TRANSFER ORDER

This matter is before the Court on petitioner's application for a writ of habeas corpus. *Habeas corpus* actions are subject to jurisdictional and statutory limitations. *See Braden v. 30ᵗʰ Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. ___, ___, 124 S.Ct. 2711, 2717-18 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). The Court will transfer this matter to the United States District Court for the Eastern District of Virginia, the district in which petitioner currently is incarcerated.[1]

---

[1]     Petitioner is incarcerated at the Federal Correctional Complex in Petersburg, Virginia.

1

Accordingly, it is hereby

ORDERED that this action shall be **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

DATE: 9/12/05

2